JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff<br><br>    vs.<br><br>PARK & SECOND, LLC, JOYFUL PASTA INC., and DOES 1-10<br><br>              Defendants. | No. 2:19-cv-09457-JAK (ASx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL (DKT. 46)** |

Based on a review of the Joint Stipulation for Dismissal (the "Joint Stipulation" (Dkt. 38)), sufficient good cause has been shown for the requested relief. Therefore, this action is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: October 26, 2020

John A. Kronstadt
United States District Judge